UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVID A. NORRIS

    VS                                                       CASE NO. 3:05mc13 MCR/MD

TIDEWATER, INC.

**REFERRAL AND ORDER**

Referred to Judge Davis on     September 23, 2005
Type of Motion/Pleading: MOTION TO QUASH AND OBJECTION TO SUBPOENA DUCES TECUM
Filed by: MINER HARRELL   on 9/16/05   Document 1
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
TIDEWATER     on 10/24/05   Doc.# 4
                                on            Doc.#
                                WILLIAM M. McCOOL, CLERK OF COURT

                                s/ *Elizabeth Cooley*
                                Deputy Clerk

**ORDER**

    Upon consideration of the foregoing, it is ORDERED this 26th day of October, 2005, that:

(a) The requested relief is GRANTED to the extent of Tidewater's concessions in doc. 4.

(b) _____
_____.

                                      /s/ *Miles Davis*
                                      **MILES DAVIS**
                                      **UNITED STATES MAGISTRATE JUDGE**

Entered On Docket: _____ By: _____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____